ACCEPTED
14-15-00315-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 3:26:51 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00315-CR

IN THE COURT OF APPEALS FOR THE

THIRTEENTH COURT OF APPEALS DISTRICT OF TEXAS

AT BEAUMONT

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 3:26:51 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| RONNIE THIBODEAUX | § | APPEAL FROM THE CRIMINAL |
| | § | |
| NO. 14-15-00315-CR | § | DISTRICT COURT OF |
| | § | |
| THE STATE OF TEXAS, APPELLEE | § | JEFFERSON COUNTY, TEXAS |

## MOTION TO BE RELIEVED AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Gaylyn Leon Cooper, the Counsel of Record for Appellant in the above mentioned cause and files this his Motion to be Relieved as Counsel and would respectfully show unto this Honorable Court as follows:

I.

The undersigned appointed counsel of record herein for RONNIE THIBODEAUX on appeal, has diligently reviewed the entire appeal record in this case and the law applicable thereto, and, in his opinion, the appeal from the judgment and sentence and all proceedings appurtenant thereto is without merit and is frivolous because the record reflects no reversible error. Further, it is the opinion of counsel herein that there are no grounds upon which an appeal can be predicated pertaining to the indictment or trial hereof.

II.

19

The undersigned has filed a Brief with the Court in accordance with <u>Anders v. California</u>, 386 U.S. 738 (1967), for the above stated reasons. The undersigned has sent notice to the Appellant of his rights to file a Brief Pro Se. The undersigned would request that the Court relieve him as counsel of record to enable the Court to communicate directly with the Appellant without the assistance of the undersigned.

III.

In the event the undersigned is permitted to withdraw as counsel of record, the undersigned would request that the Court send all future communications to the Appellant at the following address:

RONNIE THIBODEAUX

#_____

2706 67th Street

_____

Port Arthur, Texas 77640

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney of record prays that this Honorable Court, upon sufficient notice and hearing, grant this motion, relieve him as attorney of record in this matter and relieve him of all further duties herein. The undersigned attorney of record prays for general relief.

Respectfully submitted,

/s/ Gaylyn Leon Cooper
Gaylyn Leon Cooper
ATTORNEY FOR APPELLANT
1104 Orleans
Beaumont, Texas 77701
(409)838-4040
fax (409) 832-7830
*TBA #04774700*

## CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of the above and foregoing document has been:

_____ Mailed by US Mail, postage prepaid and properly addressed by depositing this document in an official depository in the custody and control of the United States Postal Office,

_____ Mailed by US Mail, Certified, return receipt requested, by depositing this document in a postpaid, properly addressed wrapper, in an official depository in the custody and control of the United States Postal Office,

_____ Hand-delivered,

_____ Federal Expressed,

_____ Facsimile

to all attorneys of record for all parties on this the 21st day of May, 2015.

PARTIES SERVED:

ASSISTANT DISTRICT ATTORNEY, Jefferson County, Texas

RONNIE THIBODEAUX

/s/ Gaylyn Leon Cooper

Gaylyn Leon Cooper